UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Janis L. Smmartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>             Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>ANGEL HORACIO DELGADO-   )<br>PARRA,   )<br>   )<br>             Defendant.   ) | Case No.: 19-CR-4192-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter be continued from September 3, 2021, at 1:30 p.m., to October 8, 2020 at 1:30 p.m. The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-D.

IT IS SO ORDERED.

DATED: August 31, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

1