# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Janis L. Smmartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-CR-4192-JLS |
| Plaintiff, | |
| vs. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| ANGEL HORACIO DELGADO-PARRA, | |
| Defendant. | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in Criminal Case No. 19-CR-4192-JLS be continued from October 8, 2021, at 1:30 p.m., to November 12, 2021 at 1:30p.m.

The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-E.

IT IS SO ORDERED.

DATED: October 6, 2021

Honorable Janis L. Sammartino
United States District Judge