UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Janis L. Smmartino)

| UNITED STATES OF AMERICA, | ) | Case No.: 19-CR-4192-JLS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING DATE FOR HEARING** |
| ANGEL HORACIO DELGADO-PARRA, | ) | |
| Defendant. | ) | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter be continued from December 17, 2021, at 1:30 p.m., to January 21, 2022 at 1:30p.m.  The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-F.

IT IS SO ORDERED.

DATED: December 15, 2021

Honorable Janis L. Sammartino
United States District Judge

1